**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

July 19, 2005

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 02-2979

| | |
|---|---|
| United States of America, <br>         *Plaintiff-Appellee*, <br><br>   *v.* <br><br> Nicole Davis, <br>         *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 99 CR 928 <br><br> Matthew F. Kennelly, <br> *Judge*. |

**O R D E R**

On May 6, 2005, we ordered a limited remand so that the district court could determine whether it believed Nicole Davis's sentence remains appropriate now that *United States v. Booker*, 125 S. Ct. 738 (2005), has relegated the United States Sentencing Guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

The district judge has replied that he would not impose the same sentence today knowing that the Guidelines are not mandatory. In *Paladino*, we stated, "If . . . the judge states on limited remand that he would have imposed a different sentence had he known the guidelines were merely advisory, we will vacate the original sentence and remand for resentencing." *Id.* at 484.

As such, we **VACATE** Defendant Davis's original sentence and **REMAND** this matter to the district court for resentencing.